**STATEMENT OF OFFENSE**

**PROBABLE CAUSE**

Case: 1:23−mj−00040
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 2/17/2023
Description: Complaint W/ Arrest Warrant

1. On Thursday February 16, 2023, a Task Force Officer associated with the Washington Field Office of the Federal Bureau of Investigation (FBI) was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. The UC entered a WICKR online group[1] that he has been a member of for several months. This group has approximately 121 members and is a place where people meet, discuss, and trade sexually explicit images and videos of underage children and share links containing child pornography. A user using the screen name "tng6," subsequently identified as Rashid Lamont McFadden, was observed by the UC posting messages and videos within the private group chat.

2. The UC observed McFadden respond to a message that was posted by another member of the group. The other member posted an image file depicting two kids in a swimming pool. McFadden responded to this image by stating "sexy," followed by, "You fucking them?" McFadden then stated, "Nice gotta post my stuff someday." Another member of the group encouraged McFadden to post his material, at which time McFadden posted a video file to the group. The video depicted an adult black male standing in front of a black infant, who was sitting in a baby seat. The male is masturbating his penis in front of the infant. A member of the group

---

[1] WICKR is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups. WICKR has end-to-end encryption.

stated, "Hot. That you?" McFadden responded, "Yes." Metadata on this video includes a date of June 28, 2022.[2]

3. Shortly thereafter, McFadden posted another message to the group, stating, "Shit any1 wanna meet in VA let me know." The UC initiated a private chat conversation with McFadden. During the course of the chat, McFadden identified the infant as his daughter and stated that he would have access to her this weekend.

4. While McFadden was communicating with the UC in the private chat, McFadden posted two additional videos to the group chat. The second video depicts a black male placing his penis in the buttocks of a prepubescent black female. The child is on a bed, lying on her stomach, and is naked from the waist down. The male ejaculates on the child's buttocks and can be heard saying, "bust a nut on you." Another member of the group asked McFadden if that was him in the video, to which McFadden responded with a devil emoji face and stated, "Niece that time." Metadata on this video includes a date of December 28, 2021.[3]

5. The third video depicts an adult black male inserting his finger inside the vagina of a prepubescent black female child. Immediately after sending this video to the group, McFadden wrote, ";) niece is so fun" and stated that he was "a bad daddy and uncle." McFadden further stated to the group that he recorded this video for a friend last weekend and that he had to ask her to send it back to him. Metadata on this video includes a date of January 26, 2022.[4]

6. During the course of the private chat, the UC informed McFadden that he was the father of a purported 8-year-old daughter. The UC sent McFadden a few images of his purported

---

[2] At this point, law enforcement has not confirmed whether this is the date that the video was created.

[3] At this point, law enforcement has not confirmed whether this is the date that the video was created.

[4] At this point, law enforcement has not confirmed whether this is the date that the video was created.

daughter and stated that he shows her off on Facetime when the purported daughter is asleep.[5] McFadden told the UC that the child in the first video he posted was his daughter and that he "came on my niece." McFadden stated that he did not have any more videos of his daughter "but maybe can make more this weekend and me too. They can't say much [devil emoji]." The UC sent McFadden his cell phone number and stated that the UC could show his purported daughter "live." McFadden stated, "Sure that's hot" and sent the UC a text message from the phone number 443-527-2168.

7. During the course of the chat, McFadden identified himself as 'Terry,' a 25-year-old male. McFadden asked the UC if he could Facetime him. The UC initiated a video call with McFadden at phone number 443-527-2168. The UC was able to see McFadden's face in the video. The video call was less than five minutes long, as McFadden asked the UC if he could call him back to due to a maintenance man showing up at his residence. The UC was unable to record this video call.

8. On February 16, 2023, an administrative subpoena was served on T-Mobile requesting subscriber information associated with telephone number 443-527-2168. On the same day, T-Mobile responded to the subpoena identifying the subscriber as Rashid Lamont McFadden, with a billing address of 3124 Brendan Avenue, Baltimore MD 21213.

9. Upon receipt of this information, FBI Washington personnel used available open source, commercial, and law enforcement sensitive databases to fully identify the suspected user of the phone number as Rashid Lamont McFadden with a date of birth of April 28, 1995. The UC viewed McFadden's driver's license image, which matched the person that the UC observed during the Facetime video call.

---

[5] The photos sent by the UC do not depict a real child.

10. McFadden has an active arrest warrant (W506591150) issued by the Baltimore County Police Department related to pending charges of promoting/distributing child pornography and possessing child pornography. There is also a pending civil case against McFadden in Baltimore County Circuit Court between him and an individual named Angelique Lewis. This suit is related to their shared child, Miracle McFadden (DOB: 09/19/2021).

## CONCLUSION

Based upon the above information, I respectfully submit there is probable cause to believe that McFadden distributed child pornography, in violation of Title 18 U.S.C. § 2252(a)(2), on or about February 16, 2023. I therefore respectfully request that the Court issue an arrest warrant for McFadden for this offense.

Respectfully submitted,

_____
Timothy Palchak
Detective, Metropolitan Police Department
TFO Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on February 17, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE