AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Rashid Lamont McFadden | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_ **Rashid Lamont McFadden**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), Distribution of Child Pornography

Date: 02/17/2023

_Issuing officer's signature_

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 03/03/2023, and the person was arrested on _(date)_ 03/03/2023 at _(city and state)_ Baltimore, MD.

Date: 03/03/2023

_Arresting officer's signature_

FBI SA Kathleen Cattaway
_Printed name and title_