**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

   v.      :   Case No. 23-mj-040

**RASHID LAMONT MCFADDEN :**

**UNOPPOSED MOTION TO CONTINUE**
**AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

  Mr. Rashid McFadden, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the detention hearing scheduled for March 24, 2023 to March May 12, 2023, and to exclude the time between March 24, 2023 and May 12, 2023 from the calculations under the Speedy Trial Act, 18 U.S.C. § 3161. In support of this motion, counsel submits:

  1. Mr. McFadden is charged by complaint with distribution of child pornography in violation of 18 U.S.C. § 2253(a)(2).

  2. The parties are discuss a possible pretrial disposition in this matter, but need additional time.

  3. Government counsel has no objection to this motion.

  4. The parties agree that a continuance is in the interests of justice and that the need to continue outweighs the interests of the public and the defendant in a speedy trial.

  WHEREFORE, for the foregoing reasons, Mr. McFadden respectfully requests that the court continue the detention hearing from March 24, 2023 to May 12, 2023, and exclude the time between March 24, 2023 and May 12, 2023 from the calculations under the Speedy Trial Act.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500