UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      :      Case No. 23-mj-040

RASHID LAMONT MCFADDEN :

## UNOPPOSED MOTION TO VACATE DETENTION HEARING

Mr. Rashid McFadden, the defendant, through undersigned counsel, respectfully moves this Honorable Court to vacate the detention hearing scheduled for May 12, 2023. Upon consultation with counsel, Mr. McFadden concedes the government's motion for pretrial detention without prejudice to his ability to seek a detention hearing at a later date if circumstances warrant such a hearing. The government has no opposition to this motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500